AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | )|
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )  Case No. 1:13–mj–02328–UA–1 |
| ROSS WILLIAM ULBRICHT | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ross William Ulbricht    .

Date:   04/12/2021

/s/Brandon Sample
*Attorney's signature*

Brandon Sample VT # 5573
*Printed name and bar number*
PO BOX 250, Rutland, VT 05702

*Address*

brandon@brandonsample.com
*E-mail address*

802-444-4357
*Telephone number*

802-779-9590
*FAX number*

[Print]   [Save As...]   [Reset]